USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS For The FIRST CIRCUIT ____________________ No. 93-1164 JOHN B. DEMPSEY, Plaintiff, Appellant, v. VANNA WHITE, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. A. David Mazzone, U.S. District Judge] ___________________ ____________________ Before Torruella, Cyr and Boudin, Circuit Judges. ______________ ____________________ John B. Dempsey on brief pro se. _______________ ____________________ June 11, 1993 ____________________ Per Curiam. The only question presented by this __________ appeal is whether the district court abused its discretion in denying pro se appellant's motion under Fed. R. Civ. P. ___ __ 60(b). See Duffy v. Clippinger, 857 F.2d 877, 879 (1st Cir. ___ _____ __________ 1988). Appellant's allegations that he is entitled to relief from judgment because of excusable neglect, Rule 60(b)(1), and newly discovered evidence, Rule 60(b)(2), are frivolous. It is clear that appellant's profferings - that he failed to cite certain statutes, propound certain theories, offer certain amendments, or refer to certain non-legal publications - are merely attempts to reargue the merits of his case. We affirmed the dismissal of appellant's complaint as frivolous under 28 U.S.C. 1915(d). Dempsey v. White, _______ _____ No. 91-1253, slip op. Mar. 29, 1991. There was no error of judgment on the part of the trial court. Affirmed. Appellant's pending motion for a gag ________ order restraining order is denied. ______ - 2 -